## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 778 | **DATE** | 11/27/07 |
| **CASE TITLE** | USA vs. Jean C. Helinski | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 11/27/07. Defendant informed of his rights. Enter order appointing Mr. Flynn as counsel for defendant for initial appearance only. Government seeks detention. Detention hearing set for 11/30/07 at 11:00 a.m.

Docketing to mail notice.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|