## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 778 - 1 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. Jean C Helinski | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention of defendant is granted for the reasons stated in open court. Defendant Jean C Helinski will remain in custody pending trial or until further order of the Court. Order of Detention to follow. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|