**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

J N DEC 1 8 2007
December 18, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 778   JUDGE KOCORAS |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 21, United States |
| JEAN C. HELINSKI | ) | Code, Section 841(a)(1) |
| | ) | |

MAGISTRATE JUDGE COLE

The UNITED STATES ATTORNEY charges:

On or about November 25, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

JEAN C. HELINSKI,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

_____
UNITED STATES ATTORNEY