## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 778 | **DATE** | 12/20/2007 |
| **CASE TITLE** | US vs. Jean C. Helinski | | |

**DOCKET ENTRY TEXT**

Arraignment held on 12/20/2007. Defendant informed of rights, and waives indictment. Defendant enters plea of not guilty to all counts. Defendant is given to 1/18/2008 to file pretrial motions. Government's answers due 2/1/2008. Status hearing set for 2/12/2008 at 9:30 a.m. In the interest of justice, 12/18/2007 to 2/12/2008 is excludable time under 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | SCT |
|---|---|---|