AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DEC 2 0 2007
FILED
Judge Charles P. Kocoras
United States District Court

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JEAN C. HELINSKI

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 CR 778

I, Jean C. Helinski, the above named defendant, who is accused of:

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II Narcotic Drug Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12-20-2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer