# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                    Case No.: 1:07−cr−00778
                                         Honorable Charles P. Kocoras

Jean C Helinski

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

    MINUTE entry before Judge Charles P. Kocoras :Status hearing held on 3/11/2008. Paul Flynn is given leave to withdraw as counsel for defendant. Federal Defender Program is appointed as counsel for defendant. Status hearing set for 3/25/2008 at 9:30 a.m. In the interest of justice, 3/11/2008 to 3/25/2008 is excludable time under 18:3161(h)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.