# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA
                                       Plaintiff,

v.                                                     Case No.: 1:07−cr−00778
                                                   Honorable Charles P. Kocoras

Jean C Helinski
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Status hearing held on 3/25/2008. Susan M. Pavlow is appointed as counsel for defendant, nunc pro tunc 3/11/2008. Status hearing set for 4/23/2008 at 9:30 a.m. In the interest of justice, 3/25/2008 to 4/23/2008 is excludable time under 18:3161(h)(8)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.