**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                Case No.: 1:07−cr−00778
                                    Honorable Charles P. Kocoras

Jean C Helinski
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Status hearing as to Jean C Helinski held on 8/13/2008. Jury Trial set for 11/3/2008 at 10:30 AM. Proposed voir dire questions are to be submitted to this court by 10/27/2008. In the interest of justice, 8/13/2008 to 11/3/2008 is excludable time under 18:3161(h)(1) and 18:3161(h)(8)(A)(B). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.